IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LESTER HICKMAN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civ. No. 04-1365-SLR |
| ) | |
| THOMAS CARROLL, ) | |
| Warden, ) | |
| and M. JANE BRADY, ) | |
| Attorney General for ) | |
| the State of Delaware, ) | |
| ) | |
| Respondents. ) | |

**ORDER**

At Wilmington, this 14th day of November, 2005, consistent with the Memorandum Opinion issued this same date;

IT IS HEREBY ORDERED that:

1. Petitioner Lester Hickman's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is DISMISSED, and the relief requested therein is DENIED. (D.I. 1.)

2. The court declines to issue a certificate of appealability for failure to satisfy the standard set forth in 28 U.S.C. § 2253(c)(2).

_____
UNITED STATES DISTRICT JUDGE