

## NOTICE OF APPEAL
### TO
## U.S. COURT OF APPEALS, THIRD CIRCUIT

U.S. District Court for the District of Delaware

CIRCUIT COURT
DOCKET NUMBER: _____
(leave blank)

FULL CAPTION IN DISTRICT COURT AS FOLLOWS:

Lester Hickman

v.

Thomas L Carroll, et al.,

DISTRICT COURT
DOCKET NUMBER: 04-1365-SLR

DISTRICT COURT
JUDGE: Susan L Robinson

Notice is hereby given that ___ LESTER HICKMAN ___
(Named Party)

appeals to the United States Court of Appeals for the Third Circuit from [X] Judgment, [X] Order.

[ ] Other (specify) _____

entered in this action on November 14, 2005
(date)

Dated: November 25, 2005

RECEIVED
DEC 1 - 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

NONE
(Counsel for Appellant-Signature)

PRO - SE
(Name of Counsel - Typed)

Delaware Correctional Center
(Address)

Smyrna, Delaware 19977
(City, State Zip)

NONE
(Telephone Number)

Delaware Dept of Justice
(Counsel for Appellee)

820 North French Street, 7th Floor
(Address)

Wilmington, Delaware 19801
(City, State Zip)

(302) 522-8398
(Telephone Number)

NOTE: USE ADDITIONAL SHEETS if all appellants and/or all counsel for appellees cannot be listed on the Notice of Appeal sheet.



_Legal Mail_

_Clerk of the Court_
_U.S. District Court House_
_844 North King Street_
_Lock Box 18_
_Wilmington Del. 19801_

I/M _Lester Hickman_
SBI# _184045_   UNIT _S-1 Bldg._
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977



U.S.M.S
X-RAY