UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE
844 King Street
Lockbox 18
Wilmington, Delaware  19801

December 6, 2005

Marcia Waldron, Clerk
United States Court of Appeals
For the Third Circuit
21400 United States Courthouse
601 Market Street
Philadelphia, PA 19106-1790

                    RE: Hickman v. Carroll
                    Civil Action No. 04cv1365
                    USCA No. 05-5262

Dear Ms. Waldron:

Enclosed please find:

___ One certified copy of the docket entries to be filed as the Certified List in Lieu of the Record.  Transcript purchase order has been filed and record is ready for appeal purposes.

____ The Actual _____ Supplemental Record with one certified copy and one uncertified copy of the docket entries.

___ One certified copy of the docket entries to be filed as the Certified List in Lieu of the _____ Supplemental Record.

XX  The Actual Record (DI # 1 thru 10) with one certified copy of the docket entries.  The remainder of the record can be accessed on ECF.

                              Very truly yours,

                              /s/ signature
                              Deputy Clerk

Enclosures