12/15/05

04-1365 (SLR)

Dear Office of the Clerk,

I'm respectfully sending this motion, and I'm sorry that I don't have my Forma Pauperis and my six month inmate statement to go with it. But that's because I'm waiting for the business office to release it to me. And as soon as they do, I will be sure to send it directly to you.

Thank You

Yours Truly, Lester Hickman

FILED DEC 19 2005 U.S. DISTRICT COURT DISTRICT OF DELAWARE