ORIGINAL

# Motion for Permission to Appeal In Forma Pauperis
## In The United States District Court For The District Of Delaware

Lester A. Hickman,
    Appellant/Petitioner,

v.

Thomas L. Carroll, Warden,
and Carl A. Danberg, Attorney
General for the State of Delaware,
    Appellee/Respondent.

Dist.Ct.Civ.Action No. 04-1365-SLR
Ct. of Appeals No. 05-5262

FILED
DEC 19 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Comes hereby the appellant/petitioner Lester A. Hickman, moves this Honorable Court for permission to appeal in forma pauperis pursuant to Habeas Corpus rule 24(A) to the United States Court of Appeals for the Third Circuit in the above captioned matter as following:

1. The appellant/petitioner Lester A. Hickman, was convicted of possession with intent to deliver, trafficking in cocaine, maintaining a dwelling for keeping controlled substance, second degree conspiracy, and possession of drug paraphernalia in August 2001.

2. The appellant/petitioner Lester A. Hickman was sentenced as an habitual offender to a total of two natural life sentences and seven years at level V incarceration. See State v. Hickman, 2004 WL 1172347 (Del.Super.Ct.Feb.6,2004).

3. On June 7,2002, the Delaware Supreme Court vacated his conviction and sentence for possession of cocaine, affirming the remaining convictions and sentences. Hickman v. State, 2002 WL 1272154, at **1-2.

4. On December 1, 2003, appellant/petitioner filed in the Superior Court a motion for post-conviction relief pursuant to Delaware Superior Court Criminal Rule 61. See Hickman v. State, 2004 WL 1172347, at *1.

5. On February 6, 2004, the Delaware Superior Court denied his motion as procedurally barred. Id. at **1-2.

6. The appellant/petitioner appealed and was denied by the Delaware Supreme Court. Hickman v. State, 2004 WL 2291343 (Del. 2004)

7. On October of 2004, appellant/petitioner filed in this court a form §2254. The State ask that the court dismiss his petition as untimely, without review.

8. On November 14, 2005, appellant/petitioner's form §2254 was dismissed.

Wherefore, the appellant/petitioner submits this motion for permission to appeal pursuant to §28 U.S.C.A. 2253(c)(2); Slack v. McDaniel, 529 U.S. 473, 484 (2000)(that there exist a reasonable doubt to the statutory tolling doctrine, that warrants relief for the denial of a constitutional right has been debated wrong).

_____
Lester A. Hickman # 124045
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977

2.

Affidavit

In The United States District Court For The District Of Delaware

Lester A. Hickman,
    Appellant/Petitioner,

v.

Thomas L. Carroll, Warden,
and Carl A. Danberg, Attorney
General for the State of Delaware,
    Appellee/Respondent.

Case No. 05-5262

I, Lester A. Hickman affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal. I believe therefore that I am entitled to redress.

I swear by penalty of perjury under the United States laws that my answer of poverty is true and correct.

Date: December 13, 2005    Lester Hickman

Date: December 13, 2005    Edward Johns
                                                   Notary

3.

# Certificate Of Service

I, Lester J. Hickman, hereby declare that I have served copies of this Motion For Permission To Appeal and Affidavit Of Poverty to the following parties:

To: Clerk of the Court
U.S. District Courthouse
844 N. King St., Lockbox 18
Wilmington, De 19801

To: Office of the Clerk
United States Court Of Appeals
21400 U.S. Courthouse, 601 Market St.
Philadelphia, Pa 19106-1790

To: Gregory E. Smith, Esq.
Department of Justice
820 N. French St., 6th Flr.
Wilmington, De 19801

By placing same in sealed envelopes and depositing same in the U.S. Mail at the Delaware Correctional Center, 1181 Paddock Rd., Smyrna, De 19977.

Dated: December 14, 2005

_Lester Hickman_
Lester J. Hickman #124045

4.

