# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM   04-1365 (SLR)

TO: _Lester Hickman_   SBI#: _124045_

FROM: Stacy Shane, Support Services Secretary

RE: **6 Months Account Statement**

DATE: _December 29, 2005_

---

Attached are copies of your inmate account statement for the months of _June 1, 2005_ to _November 30, 2005_.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| June | 4.98 |
| July | 9.21 |
| Aug | 6.38 |
| Sept | 22.16 |
| Oct | 14.40 |
| Nov | 5.79 |

Average daily balances/6 months: _10.48_

Attachments
CC: File

_Stacy Shane_
12/29/05

_Mik L...._
Notary public
12/30/05

# Individual Statement

## For Month of June 2005

Date Printed: 12/28/2005

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | | | Beg Mth Balance: | $0.07 | |
|---|---|---|---|---|---|---|---|---|---|
| 00124045 | Hickman | Lester | | | | Comments: | | | |

Current Location: S1

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Mail | 6/15/2005 | $20.00 | $0.00 | $0.00 | $20.07 | 120693 | 8546713593 | | C PHILLIPS |
| Canteen | 6/21/2005 | ($17.28) | $0.00 | $0.00 | $2.79 | 122304 | | | |

Ending Mth Balance: $2.79

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: $0.00

# Individual Statement

## For Month of July 2005

Date Printed: 12/28/2005

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $2.79 |
|---|---|---|---|---|---|---|
| 00124045 | Hickman | Lester | | | | |

Current Location: S1    Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 7/6/2005 | ($2.70) | $0.00 | $0.00 | $0.09 | 128111 | | | |
| Mail | 7/12/2005 | $30.00 | $0.00 | $0.00 | $30.09 | 130917 | 07832921433 | | S HICKMAN |
| Canteen | 7/19/2005 | ($30.06) | $0.00 | $0.00 | $0.03 | 133220 | | | |
| Mail | 7/29/2005 | $20.00 | $0.00 | $0.00 | $20.03 | 137612 | 4667149027 | | D SCOTT |

Ending Mth Balance: $20.03

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Non-Medical Hold: $0.00

# Individual Statement

## For Month of August 2005

Date Printed: 12/28/2005                                                                 Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | | Beg Mth Balance: | $20.03 |
|---|---|---|---|---|---|---|---|
| 00124045 | Hickman | Lester | | | | | |

Current Location:  S1           Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Wage-1099 | 8/1/2005 | $5.28 | $0.00 | $0.00 | $25.31 | 137821 | | | |
| Canteen | 8/3/2005 | ($20.48) | $0.00 | $0.00 | $4.83 | 139681 | | | |
| Mail | 8/8/2005 | $10.00 | $0.00 | $0.00 | $14.83 | 142077 | 8255080166 | LAUNDRY 6/24-7/23 | T HICKMAN |
| Canteen | 8/16/2005 | ($14.55) | $0.00 | $0.00 | $0.28 | 144932 | | | |

Ending Mth Balance:  $0.28

Total Amount Currently on Medical Hold:  $0.00

Total Amount Currently on Non-Medical Hold:  $0.00

# Individual Statement

## For Month of September 2005

Page 1 of 1

Date Printed: 12/28/2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.28 |
|---|---|---|---|---|---|---|
| 00124045 | Hickman | Lester | | | | |

Current Location: S1    Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Wage-1099 | 9/1/2005 | $25.20 | $0.00 | $0.00 | $25.48 | 152201 | | | |
| Canteen | 9/6/2005 | ($24.99) | $0.00 | $0.00 | $0.49 | 153792 | | | |
| Mail | 9/16/2005 | $35.00 | $0.00 | $0.00 | $35.49 | 159010 | 08873934287 | LAUNDRY 7/24-8/23 | S. HICKMAN |

Ending Mth Balance: $35.49

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Non-Medical Hold: $0.00

# Individual Statement

## For Month of October 2005

Date Printed: 12/28/2005

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $35.49 |
|---|---|---|---|---|---|---|
| 00124045 | Hickman | Lester | | | | |

Current Location: S1    Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Wage-1099 | 10/3/2005 | $25.20 | $0.00 | $0.00 | $60.69 | 164539 | | | |
| Canteen | 10/4/2005 | ($45.80) | $0.00 | $0.00 | $14.89 | 165794 | | | |
| Canteen | 10/25/2005 | ($14.58) | $0.00 | $0.00 | $0.31 | 174960 | | LAUNDRY 8//24-9/23 | |

Ending Mth Balance:  $0.31

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Non-Medical Hold: $0.00

# Individual Statement

## For Month of November 2005

Date Printed: 12/28/2005

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.31 |
|---|---|---|---|---|---|---|
| 00124045 | Hickman | Lester | | | | |

Current Location: S1        Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Wage-1099 | 11/1/2005 | $23.94 | $0.00 | $0.00 | $24.25 | 177134 | | | |
| Canteen | 11/8/2005 | ($24.08) | $0.00 | $0.00 | $0.17 | 181241 | | LAUNDRY 9/24-10/23 | |

Ending Mth Balance: $0.17

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: $0.00

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

3. Do you own any cash, or do you have money in checking or savings accounts?
   Yes ☐   No ☐   (Include any funds in prison accounts.) $13.00
   If the answer is "yes," state the total value of the items owned.

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?
   Yes ☐   No ☑
   If the answer is "yes," describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.
   None

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __12/8/05__
           (Date)                        _Lester Hickman_
                                         Signature of Applicant

## CERTIFICATE
(Prisoner Accounts Only)

I certify that the applicant named herein has the sum of $ __17__ on account to his credit at the __Delaware Correctional Center__ institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution: __N/A__

I further certify that during the last six months the applicant's average balance was $ __10.48__

_Stacy Shane_
Authorized Officer of Institution

## ORDER OF COURT

| The application is hereby denied | The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor. |
|---|---|
| _____  _____ <br> United States Judge     Date | _____  _____ <br> United States Judge     Date <br> or Magistrate |



IM- Lester Hickman
SBI# 124645 UNIT S-1 Bldg. F-Tier
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware
19801-3570