HPS-55 (April 2006)                                                        April 21, 2006

## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT
C.A. No. **05-5262**

LESTER J. HICKMAN

       vs.

WARDEN THOMAS L. CARROLL; ET AL.
(D. Del. Civ. No. 04-cv-01365)

Present:     SCIRICA, CHIEF JUDGE, WEIS and GARTH, CIRCUIT JUDGES

              Submitted is Appellant's request for a certificate of appealability under 28 U.S.C. § 2253(c)(1)

              in the above-captioned case.

                                                                                             Respectfully,

                                                                                           Clerk

_____O R D E R_____

              The foregoing request for a certificate of appealability is denied. Jurists of reason would not find it debatable whether the District Court erred in dismissing Appellant's habeas corpus petition filed pursuant to 28 U.S.C. § 2254 as time-barred. See Slack v. McDaniel, 529 U.S. 473, 484 (2000); 28 U.S.C. § 2244(d)(1). As the District Court explained, Appellant is not entitled to statutory tolling and has not demonstrated the existence of "extraordinary circumstances" warranting equitable tolling. See Fahy v. Horn, 240 F.3d 239, 244 (3d Cir. 2001); Jones v. Morton, 195 F.3d 153, 159 (3d Cir. 1999).

                                                                                  By the Court,

                                                                                  s/Weis
                                                                                 United States Circuit Judge

A True Copy:

Dated: 8 May 2006
       Marcia M. Waldron

     Marcia M. Waldron, Clerk