|  |  |  |
|---|---|---|
| **MARCIA M. WALDRON**<br>CLERK | OFFICE OF THE CLERK<br>UNITED STATES COURT OF APPEALS<br>FOR THE THIRD CIRCUIT<br>21400 UNITED STATES COURTHOUSE<br>601 MARKET STREET<br>PHILADELPHIA, PA 19106-1790 | TELEPHONE<br>215-597-2995 |

**Delaware** _____ Clerk of District Court          Date __05/08/06__
(District)
                                                    C. of A. No. __05-5262__ ~~05-3382~~
**Hickman v. Carroll** _____
(Caption)
**Lester J. Hickman** _____
(Appellant)
**Civil No. 04-cv-01365 (SLR)** _____
(D.C. No.)

Enclosures:
____ **05/08/06** _____ Certified copy of C. of A. Order by the Court/XXXXX
       (Date)

*____ X ____ Record **(Rec'd) (Partial Record: Docs 1-10 [State Court Record Included])**

*_____ Supplemental Record

*_____ Exhibits

*_____ State Court Record

____ X ____ Copy of this form to acknowledge receipt and return to C. of A.

_____ Record not returned at this time until appeal(s) closed at No.(s) _____

_____ Please forward Record to this office.

_____ The certified copy of order issued as the mandate on _____ is recalled.

                                   /s/ Anthony Infante          (267)-299- 4916
                                     Case Manager              Telephone Number

                                  *_____                   (267)-299-_____
                                   Record Processor            Telephone Number

Receipt Acknowledge:
_E. Strickler_ (signature)
(Name)
_5/11/06_
(Date)
                                                              Rev. 4/3/03
                                                              Appeals (Record)

[Stamp: FILED 2006 MAY 11 PM 3:48 CLERK U.S. DISTRICT COURT DISTRICT OF DELAWARE]