To the United States district Court

Lester Hickman
SBI - Number 00124045
Delaware Correctional Center
Smyrna, DE 19977

Dear Clerk,
 If you would could you please send me a copy of the Judges order denying my writ of Habeas Corpus. The petition in my civil action Number is... 04-1365 SLR.

Thank You

Signed: Lester Hickman



FILED
JUL -5 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

I/M Lester Hickman
SBI# 129451 UNIT S-1 Bldg. F-tier
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
03 JUL 2006 PM 1 T

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570