OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo  
CLERK OF COURT

LOCKBOX 18  
844 KING STREET  
U.S. COURTHOUSE  
WILMINGTON, DELAWARE 19801  
(302) 573-6170

July 12, 2006

TO: Lester J. Hickman  
    SBI# 00124045  
    Delaware Correctional Center  
    1181 Paddock Road  
    Smyrna, DE 19977

   **RE:  *Request for Copywork*;04-1365(SLR)**

Dear Mr. Hickman:

   A letter has been received by the Clerk's office from you requesting a copy of DI 11 and 12.

   Please be advised that in accordance with the directive from the Judicial Conference of the United States the fee for copywork is fifty ($.50) cents per page. ***Should you require copywork in the future***, please be aware of this fee requirement. Prepayment in the amount of $6.50 should be sent with your request, check or money order payable to Clerk, U.S. District Court.

   Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                          Sincerely,

/bad                                      PETER T. DALLEO
                                          CLERK

cc:  The Honorable Sue L. Robinson